HENRY A. CHALVIN D'ARENN, Respondent, v. HENRY J.
YATES et al., Appellants.

(Argued June 4, 1872; decided June 11, 1872.)

DECIDED upon the facts in the case.

*Amasa J. Parker* for the appellants.

*Samuel J. Glassey* for the respondent.

ALLEN, J., reads opinion for affirmance.
All concur.
Judgment affirmed.